Southern District Courts of Columbus Ohio District Courts

m. Page (1).
Mr. Scott A. Sears
Mr. Charles E. Sears Jr.
(Plantiff)
vs.

"Civil Suit"

Mr. Scott A. Sears
Pro-se Filing
with All "Fees"
Apply to Civil Suit
Anonymous to be Amend to Case.

The Ohio Lottery Commission
(Executive Director) Mr. Pat
Names known/unknown to Courts
"Amend" to case (All).
(Defendants)

FILED
TIME ____
MAY 17 2022
RICHARD W. NAGEL, Clerk of Court
COLUMBUS, OHIO
2:22 CV 2 2 0 1
JUDGE SARGUS
MAGISTRATE JUDGE VASCURA

Memorandum Lawsuit

This is Mr. Scott A. Sears coming before Courts/Judge with Civil Suit (Memorandum Lawsuit) Complaint against (All) name above style Civil Suit Lawsuit all to be "Amend" to cases. The above style Memorandum Lawsuit Civil Suit with exhibits numbered as evidence and Mr. Scott A. Sears filing to proper jurisdiction to Southern District Courts of Columbus, Ohio District Courts to Courts and Judges to "Render Judgement" on above style not only Complaint but Memorandum Lawsuit Civil Suit for "Fraud" Mr. Scott A. Sears is claiming again that the Ohio Lottery Commission is committing (Fraud) on legally braught scatch offs tickets legally braught by Mr. Scott A. Sears with legal money legally at Clarks Gas Station Bridgeport, Ohio Howard Street Loading Zone store and (a) copies at Bridgeport, Lansing Ohio Reisbecks and Bridgeport, Ohio Library legally and mail sendout from Martins Ferry, Ohio Post Office and Certified Mail and Bridgeport-

~ over ~

Southern District Courts of Columbus Ohio District Courts.

page (3)

"Civil Suit"

Mr. Scott A. Sears pro-se Filing with All "Fees" Apply to Civil Suit.

Anonymous Date to be Amend to Case.

test that Anyone can take that Mr. Scott A. Sears is 100% pass 24 yrs or better on Lie-Detector test on (All) grounds of Anything in Mr. Scott A. Sears Daily Life and (All) being said and File with (All) exhibits on Memorandum Lawsuit Civil Suit on Using a Form of Fraud with exhibits and Complaints (All) on Lawsuits. Mr. Scott A. Sears is a Law Abiding Citizen and knows he and Brother and Family is being done wrong by the Ohio Lottery Commissions. Mr. Scott A. Sears call and send (all) legal brought Scratch offs tickets to be Register and select as Winners and (All) accommodations to be Apply on (All) legally brought Scratch offs tickets as a honesty legal man and has not gotten Anything From The Ohio Lottery Commissions or Executive - Director Mr. Pat or Anyone Name and unName to Courts or the Ohio Lottery Commissions - their For this would be FRAUD and a Form of FRAUD. Thank you, Mr. Scott A. Sears Ask that Courts Summon all to Appear in Court on this matter.

Sincerely,

Scott A. Sears (SAS)
"planiff"
"Anonymous Date" to be "Amend" to Case.

exhibits (1)

Mr.
Scott A. Sears                                                                 4/20/22..
329 Bennett Street.
Bridgeport, Ohio     please send me a Confarmation Letter
    43912            letting me know I'm a winner.
(740) 633-0260  please no illegal Intactive gaming shows or activities of any sort. No False pertinents. To the Ohio Lottery Commissions "Cash explosion Anniversary T.V. Live game show". My name is Mr. Scott Allen Sears. This handwritten letter is in regards to a ticket brought at Bridgeport Loading- (Gas Station) zone store on Howard street brought by Mr. Scott A. Sears on 4/19/22. Mr. Scott A. Sears came home and scratch off the Cash explosion Anniversary and call from Mr. Mrs. Dad and Mom house Charles and Barbara Sears landline phone number (740) 633-0260 and ask to be select for ticket to be look into and believe I recieve a conformation # 65 6513 (threw off) and later believe I recieve another confor- mation # 62765213 believing to be a winner. Mr. Scott A. Sears will be inviting my brother Mr. charlie Sears Jr. same address above to be alternate invite player. o.k. looking forward to see you all soon good people (copies inside). looking and waiting for phone call to tell you all about ourselves. Thank you, Sincerly
                                                          Mr. Scott A. Sears

Exhibit(2)

Mr. Scott A. Sears                                              4/25/22
329 Bennett Street
Bridgeport, Ohio    (Northern District Courts Wheeling West Virginia).
43912          Mr. Scott A. Sears gives full permission
(740) 633-0260 (H)  to all that wants to take "Lie Detector test"
                  on Mr. Scott A. Sears name (right now).
Mr. Scott A. Sears and Mr. Charles E. Sears Jr.
please wouldn't like to be apart of any illegal
inaccurate, illegal activities of any sort prior/wise
to all Bought scratch offs tickets Brought at
Bridgeport Loading zone Gas station Bridgeport
Ohio, Howard Street all send to the Ohio
Lottery Commissions and Scott A. Sears has all
copies as well. Scott A. Sears and Brother Mr. Charles
E. Sears would like all scratch offs tickets register
and select as winners and All Recommendations
of all tickets will be Apply and Mr. Scott A. Sears
and Family Recieve all Apply as Accommodations
to all scratch offs winning tickets under good-
faith brought by Scott A. Sears as winners.
Sent was (1) the 35th Cash Explosion Game show
Live Anniversary ticket (3) Cash explosion (cash
word) tickets. (5) Cash explosions (Cash word) tickets.
Mr. Scott A. Sears and Brother Mr. Charles E. Sears Jr.
would like all (conforamation numbers) on all
tickets scratch offs sent, were Looking forward
to hearing from you soon the Ohio Lottery -
Commissions legally as select Register Winners.
Mr. Scott A. Sears and Brother Mr. Charles E. Sears Jr. and
Family are all good people. Thank you, Mr.
Pat (Executive Director). Mr. Scott A. Sears is (24 yrs pass 100%
on Lie Detector test). Sincerely,
(right now.)   Mr. Scott A. Sears (SAS) 4/25/22.

Exbhits (3)

Mr. Scott A. Sears                                                  4/27/22.
329 Bennett Street
Bridgeport, Ohio            (Northern District Courts of Wheeling West Virginia)
           43912            Mr. Scott A. Sears gives Anyone Full permission
(740)633-0260(H)            to take Lie Detector test on Mr. Scott A. Sears
                            name (Right Now)

Mr. Scott A. Sears and Brother Mr. Charles E. Sears Jr. please would not like to be apart of Any illegal Inactivers of Any sort and Any illegal Activities pretaining to all Brought Scatch offs tickets being Brought at Howard street Clark's Gas station loadingzone at Bridgeport, Ohio state. All legal Brought scatch offs tickets being select by registaring at the Ohio Lottery Commission and send In to be select as Winners. Mr. Scott A. Sears and Brother Mr. Charles E. Sears are wanting all Accommad- ations to Apply to all select, Register Scatch offs Winning tickets and all accommadations to be given to the select Winners of All Register scatch offs tickets. Mr. Scott A. Sears and Brother Mr. Charles E. Sears Jr. and Family are all good people and all legal citzens of United States of America. Mr. Scott A. Sears is sending to be select as Winner and Registar The 35th Cash Explosions Anniversary Limited Anniversary Edition (3) scatchoffs to be registar and select as Winners, (5) Triple Triplers to be select as Winners and Register. Mr. Scott A. Sears and Brother Mr. Charles E. Sears Jr. and Family is wanting the Ohio Lottery Commission to send all (Conformations Numbers) for all select and Registar Winning (Scatch offs) tickets. Mr. Scott A. Sears Legally Brought and Spend his Money on All legal Scatch offs tickets and him and his Brother and Family want (All accommadations) to Apply to all Winning (legal scatch offs tickets) Thank you. (Executive Director) Mr. Pat                Sincerly, Mr. Scott A. Sears (SAS) 4/27/22.

Exhibit (4)

Mr. Scott A. Sears                                    4/29/22
329 Bennett Street
Bridgeport, Ohio                (Northern District Court of Wheeling, WVA)
(740) 633-0260 (H)              Mr. Scott A. Sears gives (all) in Authori-
                                Full perusion on Mr. Scott A. Sears
                                name to take Lie Detector test on
                                Mr. Scott A. Sears Name that he 24 yrs
                                or better pass 100% on Lie Detector test
Mr. Scott A. Sears and Brother Mr. Charles E. Sears Jr.
ask not to be a part of any "Inactments" of any
sort or any illegal activities pretaining to (All)
Scatch offs legal brought tickets at Clarks Gas-
station Loading Zone Bridgeport, Ohio on Howard
street and ask that all accommadation of (all)
legally brought Scatch offs tickets be Apply to all
legally brought Scatch offs. Mr. Scott A. Sears and
Brother Mr. Charles E. Sears Jr. ask that (all)
Scatch offs tickets send to the Ohio Lottery
Commissions be Registar and select as Winners
and given (Conformation Numbers) and send
is (3) 35th Cash explosions Anniversary (Limit-
Anniversary Editions) and (3) Cash explosions
Cashword (All) scatch offs tickets being send
to Registar and be select as Winners these are
legally brought Scatch offs tickets, brought in
Good Faith beliveing (All) accommadations Apply to
legally brought Scatch offs tickets. Mr. Scott A.
Sears and Brother Mr. Charles E. Sears Jr. and
Family are (all) good people were looking
Forward to hearing back soon From the
Ohio Lottery Commissions and (Excutive Direct-
Mr. Pat) soon Mr. Scott A. Sears gives Full perimiss
Thank you,                  Sincerly,
                            Mr. Scott A. Sears 4/29/22 (SAS)

This Case is basic on Real Justifyable Cause shown with Copies of Exhibits. By (No) means and illegal Inactment case all Legal to a Court of Law.

## Memorandum Lawsuit

# COVER PAGE

Mr. Scott A. Sears (plaintiff).
329 Bennett Street
Bridgeport, Ohio
43912

Justifyable Case shown:
* Plainview Case shown.

(All) Fees to Apply to Lawsuits Mr. Scott A. Sears ask Courts/Judges, to Render "Judgement Order" on (All) Lawsuits that all accommadations on Lawsuits be paid in Full by Defendants.

"Anonymous Date" on Cases to be "Amend" to Lawsuits.