**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**SCOTT A. SEARS,**

       **Plaintiff,**                      **Case No. 2:22-cv-2201**
    v.                              **JUDGE EDMUND A. SARGUS, JR.**
                                     **Magistrate Judge Chelsey M. Vascura**

**THE OHIO LOTTERY**
**COMMISSION, et al.,**

       **Defendants.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on June 29, 2022. The time for filing objections has passed, and no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation (ECF No. 5) and **DISMISSES** the case for failure to prosecute under to Federal Rule of Civil Procedure 41. The Clerk is directed to close the case.

       **IT IS SO ORDERED.**


**7/26/2022**                                         **s/Edmund A. Sargus, Jr.**
**DATE**                                              **EDMUND A. SARGUS, JR.**
                                                  **UNITED STATES DISTRICT JUDGE**